FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES LON SELTZ,

Defendant.

No. 4:25-CR-06034-RLP-2

ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER

Before the Court are the parties' Joint Motion for Protective Order Re: Personal Identifying Information (PII), ECF No. 45, and the United States' Motion to Expedite, ECF No. 46. The Court has reviewed the motion and is fully advised.

**ACCORDINGLY, IT IS ORDERED:**

1. The parties' Joint Motion for Protective Order Re: Personal Identifying Information, **ECF No. 45**, and the United States' Motion to Expedite, **ECF No. 46**, are **GRANTED**.

2. The United States will provide discovery materials on an on-going basis to defense counsel;

ORDER GRANTING UNITED STATES' MOTION
FOR A PROTECTIVE ORDER ~ 1

3.      Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials;

4.      Defense counsel shall not provide original or copies of discovery materials to Defendant;

5.      Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

6.      The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 4:25-CR-6034-RLP, consistent with the other protective orders in this case; however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel.

DATED March 17, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION
FOR A PROTECTIVE ORDER ~ 2